Joseph Liang (Full Name)
asdsaa@hotmail.com (Email Address)
19 Ericon Aisle (Address Line 1)
Irvine CA 92620 (Address Line 2)
949-2999083 (Phone Number)
plaintiff in Pro Per
(indicate Plaintiff or Defendant)

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 23 2025
CENTRAL DISTRICT OF CALIFORNIA
BY DVE DEPUTY

IFP Submitted

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Joseph Liang,
**PLAINTIFF,**

**vs.**

Judicial Council of California

**DEFENDANT(S).**

**Case No.:** 8:25-cv-01350-VBF-(SK)
(To be supplied by the Clerk)

**COMPLAINT FOR:**
Civil rights violations (42 USC § 1983)
Due Process violation (US Constitution)
Emotional Distress and Mental Harm

**Jury Trial Demanded:** ☑ Yes ☐ No

## I. JURISDICTION

1. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 because plaintiff's claims arise under the Constitution and federal law, including 42 U.S.C. § 1983

## II. VENUE

2. Venue is proper pursuant to under 28 U.S.C §1391(b) because the events giving rise to these claims occurred within this judicial district.

## III. PARTIES

3. Plaintiff's name is Joseph Liang. Plaintiff resides at: 19 Ericson Aisle Irvine California 92620

4. Defendant Judicial Council of California is a government entity and administrative body charged with the consistent and impartial operation of California's Judicial system.

5. Defendant

Joseph Liang
Cc:You

Sat 6/21/2025 1:00 PM

UNITED STATES DISTRICT COURT

[CENTRAL DISTRICT OF CALIFORNIA]


Joseph Liang, Plaintiff

vs.

Judicial Council of California, Defendant


Case No.: [To be Assigned]


COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF


- Civil Rights Violations (42 U.S.C. § 1983)

- Due Process Violations (U.S. Constitution)

- Emotional Distress and Mental Harm


JURY TRIAL DEMANDED


---


INTRODUCTION

1. Plaintiff brings this civil action against the Judicial Council of California ("JCC") to redress systemic violations of Plaintiff's constitutional rights, including denial of due process, emotional and psychological harm, and misconduct within the state judiciary that collectively caused significant and continuing injury.

---

PARTIES

2. Plaintiff, Joseph Liang, is an individual residing at 19 Ericson Aisle, Irvine, California 92620.

3. Defendant, Judicial Council of California, is a governmental entity and administrative body charged with overseeing the consistent and impartial operation of California's judicial system.

---

JURISDICTION AND VENUE

4. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 because Plaintiff's claims arise under the Constitution and federal law, including 42 U.S.C. § 1983.

5. Venue is proper under 28 U.S.C. § 1391(b) because the events giving rise to these claims occurred within this judicial district.

---

FACTUAL BACKGROUND

6. Plaintiff was involved in a civil dispute with a neighbor concerning an alleged issue with a residential drainpipe.

7. The neighbor submitted inconclusive reports from plumbing contractors, which failed to establish any fault or liability by Plaintiff.

8. Despite the insufficient evidence, a small claims court judge ruled against Plaintiff on June 22, 2023.

9. Plaintiff appealed to the Orange County Superior Court. On September 18, 2023, a different judge affirmed the prior ruling and cited arguments and findings that were not raised by the opposing party.

10. Plaintiff then submitted a motion for reconsideration (Form SC-105), which was denied on March 26, 2024. The court failed to acknowledge the valid legal grounds raised by Plaintiff.

11. Plaintiff filed a government claim with the Judicial Council of California on May 10, 2024, requesting compensatory relief for psychological harm.

12. The JCC rejected this claim on June 25, 2024, referring to a vague and unexplained cutoff date of November 10, 2023.

13. In its rejection letter, JCC failed to acknowledge the seriousness of Plaintiff's mental distress and carelessly listed the claimant only as "Legal Services," which Plaintiff perceived as humiliating and dehumanizing.

---

MENTAL HEALTH AND EQUITABLE TOLLING

14. Plaintiff has suffered severe psychological trauma including depression, anxiety, sleep disruption, feelings of persecution, despair, and thoughts of self-harm.

15. Plaintiff has been under the care of a licensed psychiatrist who has documented Plaintiff's symptoms and their connection to the judicial mistreatment.

16. These medical records were submitted as part of the government claim.

17. Due to psychological impairment, Plaintiff was unable to timely pursue legal remedies, and therefore the statute of limitations should be equitably tolled.

18. Furthermore, Plaintiff notes that the JCC's formal rejection of his administrative claim occurred on June 25, 2024. To the extent that any federal claims are based on the JCC's improper handling of this administrative process or its effects, the cause of action as to those claims accrued no earlier than that date. Plaintiff alternatively pleads that equitable tolling should apply due to ongoing mental health challenges and procedural confusion caused by the misconduct of judicial and administrative actors.

---

CLAIMS FOR RELIEF

Count I – Violation of Civil Rights (42 U.S.C. § 1983)

19. Defendant, acting under color of state law, deprived Plaintiff of constitutional rights including due process and equal protection.

Count II – Denial of Due Process (14th Amendment)

20. Plaintiff was denied a fair hearing and suffered from procedural and substantive injustices that no reasonable person should endure.

Count III – Intentional Infliction of Emotional Distress

21. Defendant's reckless and indifferent conduct caused severe psychological injury, including symptoms of depression, helplessness, and suicidal ideation.

Count IV – Negligent Misconduct in Administrative Processing

22. JCC's mishandling of Plaintiff's government claim, including use of an impersonal label and vague legal rejection, demonstrated administrative negligence and disregard for Plaintiff's legal and emotional injury.

---

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and award:

- General damages in excess of $250,000;

- Punitive damages in excess of $500,000;

- Compensation for emotional and psychological harm;

- Declaratory relief recognizing the misconduct of the JCC;

- Injunctive relief requiring reform of judicial misconduct complaint procedures;

- All other relief the Court deems just and proper.

---

DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues so triable.

Respectfully submitted,

Joseph Liang

19 Ericson Aisle

Irvine, CA 92620

[Phone Number] 949-2797313

[Email Address] zassdx12@yahoo.com

[Signature Block Placeholder]

Joseph Liang

19 Ericson Aisle

Irvine, CA 92620

949-2999083

Zassdx12@yahoo.com


6/16/2025


Clerk of the Court

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



Re: Submission of Complaint and Supporting Documents - Liang v. Judicial Council of California


Dear Clerk of the Court,


Please find enclosed my civil complaint and accompanying exhibits for filing in the matter of Joseph Liang v. Judicial Council of California. This cover letter is intended to provide a brief explanation and context to assist the Court in understanding the gravity and foundation of the claims.

In this case, I am seeking redress for the grave harms inflicted upon me by the Judicial Council of California and certain judicial actors. Despite clear procedural errors, misapplication of legal standards, and troubling conduct by judges involved in my civil case, the Judicial Council summarily rejected my administrative claim. Their rejection letter dated June 25, 2024, cited an unexplained statute of limitations cutoff of November 10, 2023, without offering clarity or consideration for my mental state.

Further, their rejection letter callously addressed me not by name, but as "Legal Services," which I found dehumanizing and indicative of their dismissive approach. I respectfully ask the Court to consider my included psychiatric declaration and other supporting documents, which explain the mental distress and trauma I have endured due to systemic failures and mistreatment by the judiciary.

I sincerely hope the Court will allow this case to proceed and consider the relief sought in the complaint. Thank you for your attention and understanding.

Respectfully,

Joseph Liang

6/16/2025

eCheck-In

This is the statement of my mental status reported to Doctor

Pre-Visit Screening Questionnaires (Need to be Submitted to complete eCheck in)

For an upcoming appointment with **Dina Perkey** on 6/13/2025

**Pre-visit Screening Questions**

**The following questions are recommended, but not required. Please answer as many questions as possible, then click "Continue" to the last page and then "Submit" to complete your e Check-in so you are prepared for your visit.**

Indicates a required field.

## Depression Monitoring Follow-up Questions

Please note that your provider will not review your responses until your appointment with them. If you are unable to attend your scheduled appointment, please call to reschedule.

If you are suicidal or in severe emotional distress, please call or text 988 for the National Suicide and Crisis Lifeline - available 24-hour a day, 7 days a week. You can also call the local Orange County Crisis Prevention Hotline at 1-877-7CRISIS / 1-877-727-4747, call 911, or go to the emergency room. If you are not in crisis and just need someone to talk to, you can call the NAMI Orange County Warmline at (877) 910-9276 - available M-F 9am-3am; Sat-Sun 10am-3am.

**Over the last two weeks, how often have you been bothered by any of the following problems?**

**Little interest or pleasure in doing things**

Not at all | Several days | More than half the days | **Nearly every day**

**Feeling down, depressed, or hopeless**

Not at all | Several days | More than half the days | **Nearly every day**

**Trouble falling or staying asleep, or sleeping too much?**

Not at all | Several days | More than half the days | **Nearly every day**

**Feeling tired or having little energy**

Not at all | Several days | More than half the days | **Nearly every day**

**Poor appetite or overeating**

Not at all | Several days | More than half the days | Nearly every day

---

**Feeling bad about yourself--or that you are a failure to have let yourself or your family down**

Not at all | Several days | More than half the days | Nearly every day

---

**Trouble concentrating on things, such as reading the newspaper or watching television**

Not at all | Several days | More than half the days | Nearly every day

---

**Moving or speaking so slowly that other people could have noticed. Or the opposite--being so fidgety or restless that you have been moving around a lot more than usual**

Not at all | Several days | More than half the days | Nearly every day

---

**If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people?**

Not difficult at all | Somewhat difficult | **Very difficult** | Extremely difficult

**Click "Continue" until you can click "Submit"**

**Please be aware that a co-pay may be required for services at the time of visit.**

You may wish to verify the amount of your co-pay with your health plan before your visit.

MyChart® licensed from Epic Systems Corporation© 1999 - 2025

# Pre-Visit Screening Questionnaires (Need to be Submitted to complete eCheck in)

## For an upcoming appointment with **Dina Perkey** on 6/13/2025

Submitted 6/11/2025 at 1:54 PM

Here are the responses you submitted.

| Question | Answer |
| --- | --- |
| Depression Monitoring Follow-up Questions | |
| Little interest or pleasure in doing things | **Nearly every day** |
| Feeling down, depressed, or hopeless | **Nearly every day** |
| Trouble falling or staying asleep, or sleeping too much? | **Nearly every day** |
| Feeling tired or having little energy | **Nearly every day** |
| Poor appetite or overeating | **Nearly every day** |
| Feeling bad about yourself--or that you are a failure to have let yourself or your family down | **Nearly every day** |
| Trouble concentrating on things, such as reading the newspaper or watching television | **Nearly every day** |
| Moving or speaking so slowly that other people could have noticed. Or the opposite--being so fidgety or restless that you have been moving around a lot more than usual | **Nearly every day** |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | **Very difficult** |

**Click "Continue" until you can click "Submit"**

These 2 events make me feel good. But why some people want to make other people painful and they can feel happy?

You are right . Spending time in nature can give me all good from those good animals and even plants.

As you said let us discuss in my next visit, it ignited a light of hope that I can talk to share my experience with you. But in the visit, when I wanted to talk more, those some 10 minutes past, I must go, which dimmed the light. I am honest with you.

Best

Joseph

- Message from Joseph Liang, sent March 18 at 6:18 PM

YouMar 18, 6:18 PM Email to my Psychiatrist

Hi Dr Hu,
Recently I feel so distressed. Those had memories come out to me over and over again.
My neighbor sued me with no evidence and no proof but the 2 Judges gave the decisions to that neighbor, and I must pay the neighbor for nothing I did wrong. I thought I could get compensation from the Judicial Council of California by law but they were just like those 2 Judges rejecting my lawful request on 6/25/24. I received that responses days later. Since then I am more depressed m, sleepless, worse, pain daily . Do we still have justice in this world? I need to talk to you in the next appointment.
Best
Joseph

- Message from Angela Hu, sent March 24 at 11:32 AM

Angela HuMar 24, 11:32 AM

Thank you for keeping me informed, Joseph. We will discuss in your next visit.

Best,
Angela Hu, MD

- Message from Joseph Liang, sent March 24 at 4:43 PM

YouMar 24, 4:43 PM

Thanks for your time . The news on yesterday said Pope had been discharged, which hurt me much more as thinking of the similarities with my mom from Pope . He has been saved and my mom was brutally murdered . And it seemed many

things around me are swayed by evils including the neighbor suing me and judges and the Judicial Council of California are eviled to make me crazy. Why?

Joseph

Name: Joseph Liang | DOB: 3/3/1956 | MRN: 1625620 | PCP: Gwendolyn Anne Ung, DO | Legal Name: Joseph Liang

# Early death, sooner incarnation

Email to my psychriotrist discussing the feel of suicide

Angela Hu

Out of office until 6/11/2025

Participants: , Huong Thien Nguyen

---

You Jun 9, 3:52 PM

Hi Dr Hu,

I am writing this letter to inform you of the continued emotional and psychological distress I have been experiencing and to provide you with important context about my recent mental state.

As you know, I have been involved in the ongoing legal matters in which I feel I have been unjustly treated by several judges and by the Judicial Council of California. These events have had a severe effect on my mental health. I feel increasingly hopeless, powerless and humiliated.

Most recently, I found myself contemplating thoughts of suicide. During our last visit, I mentioned a Chinese proverb that has been on my mind: Early death, sooner incarnation.. This reflects how despondent I have felt. When life becomes unbearable and unjust, I have begun to wonder whether a better existence might come after this one.

Please understand that I am sharing not as a threat, but as a cry for help. I need support, monitoring, and guidance to deal with these feelings. I hope this information will help you better understand what I am going through and inform the care you can provide me.

Thank you for your compassion and continued attention.

Sincerely

Joseph Liang

---

Huong Thien Nguyen Jun 9, 4:37 PM

Hi Joseph,

Dr. Hu is out this week. Your next psychiatry appointment will be with Dr. Perkey on 6/13/2025 at 6/13/25.

If you cannot wait until that appointment and have worsening depression and suicidal ideation, it is important that you seek **immediate** help if your thoughts worsen or become more urgent. If you experience worsening suicidal thoughts or feel unsafe, please go to the **nearest emergency department or call emergency services (eg 988, 911) right away.**

Best,
Dr. Nguyen

Angela Hu: Out of office until 6/11/2025

MyChart® licensed from Epic Systems Corporation© 1999 - 2025

Last Friday I visited Dr Lee, the dermatologist. She asked me if I have seen a psychiatrist for my severe distresses. I told her recently I have encountered the judicial council of California and the judges persecutions and I have discussed with you about the possible suicide and the Chinese proverb of, Early death and sooner incarnation. She didn't agree suicide was the good way to do. She stayed quite a while to talk with me. And she decided to see me in 6 weeks for seeing me because of my depression and suicidal ideation. She was concerned and nice about my situations.
Best
Joseph

Huong Thien Nguyen Jun 9, 11:29 AM

Hi Joseph,

I'm covering for Dr. Hu this week. Thank you for sharing this information. Given the concerns about depression and suicidal ideation, it is important that you seek immediate help if your thoughts worsen or become more urgent. If you experience worsening suicidal thoughts or feel unsafe, please go to the nearest emergency department or call emergency services right away. You have a follow-up scheduled on 6/13/2025.

Best,
Dr. Nguyen

Misha Heldt Jun 9, 11:43 AM

Hello Joseph, We are sorry you are not doing well, we have received your message and forwarded it to Dr.HU, ANGELA. **If you feel that you need immediate assistance, please go to the nearest emergency room or call 911.** Your provider will reach out to you as soon as possible.

**Here are other resources you may use if needed.**

**SUICIDE LIFELINES:**

Suicide Crisis Line **1-877-727-4747**

National Suicide Hotline **1-800-Suicide 1-800-784-2433**

National Suicide Prevention Lifeline **1-800-273-TALK 1-800-273-8255**

CAT (Crisis Assessment Team) **1-866-830-6011 or 714-517-6353**

Crisis Text LineText HOME to **741-741**

National Sexual Assault Hotline **1-800-656-4673**

National Domestic Violence Hotline **1-800-799-7233**

NAMIOC Crisis warm line **714-991-6412**

OC Links **1-855-625-4657**

Wellness Center Central of Orange County **714-361-4860**

211 Orange County **714-288-4007**

American Foundation for Suicide Prevention "Talk Saves Lives" 45-60 min education program, resources for suicide loss survivors, and books about suicide loss:
**https://afsp.org**

**https://afsp.org/sop**

**https://afsp.org/books**

Trevor Project Counselors and resources for young LGBTQ+
**https://www.thetrevorproject.org**

988 24/7 Suicide and crisis lifeline **Call or text 988, or chat at 988lifeline.org**

**DOMESTIC VIOLENCE AND HOUSING:**

Laura's House. **https://www.laurashouse.org**

National Domestic Violence hotline with call and chat options.
**https://www.thehotline.org**

National Domestic Violence Hotline **1-800-799-SAFE** **1-800-799-7233**

Domestic Violence Safety Plan Hotline **1-800-978-3600**

Thank you

Department of Outpatient Psychiatry and Human Behavior

Angela Hu: Out of office until 6/11/2025

MyChart® licensed from Epic Systems Corporation© 1999 - 2025

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
**COSTA MESA JUSTICE COMPLEX**

**MINUTE ORDER**

DATE: 06/22/2023 TIME: 03:13:00 PM DEPT: CM01

TEMPORARY JUDGE: Melody Mosley
CLERK: H. Bradley
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT: None

CASE NO: **30-2023-01312812-SC-SC-CJC** CASE INIT.DATE: 03/17/2023
CASE TITLE: **Ribal vs. Liang**
CASE CATEGORY: Small Claims CASE TYPE: Small Claims

EVENT ID/DOCUMENT ID: 74042104
**EVENT TYPE:** Chambers Work - Submitted Matter

**APPEARANCES**

There are no appearances by any party.

The Court, having taken the above-entitled matter under submission on 05/31/2023 and having fully considered the arguments of all parties, both written and oral, as well as the evidence presented, now rules as follows:

4) Inspection report did not s[illegible] my drain pipe

The trial of this matter proceeded on 5-31-23. At the hearing, Plaintiff Ribal presented inspection reports, photograms and other documentary evidence and claimed that he sustained damages that were caused by a leak in Defendant Liang's drain pipe. Defendant did not have any inspections done but said he saw no leak. After consideration of the documentation and the testimony of both parties, the Court finds in favor of Plaintiff Ribal in the amount of $2,317.40 plus recoverable court costs in the amount of $50.

Court orders Clerk's Office to give notice.

1) photograms did not show anything damaged. 2nd photograms did not show the damages were from drainpip leaking.

3) totally no evidence saying my drainpipe was leaki[ng] Repairing plumber and the leak decteector both did not say my drainpipe leaked.

2) plaintiff has the burden of proof that my drainpipe leak or plumber said my drainpipe leak. But he did not have proof.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

MINUTE ORDER

DATE: 09/18/2023 TIME: 03:04:00 PM DEPT: C23

JUDICIAL OFFICER PRESIDING: David J. Hesseltine
CLERK: J. Abarca
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT:

CASE NO: **30-2023-01312812-SC-SC-CJC** CASE INIT.DATE: 03/17/2023
CASE TITLE: **Ribal vs. Liang**
CASE CATEGORY: Small Claims CASE TYPE: Small Claims

EVENT ID/DOCUMENT ID: 74106131
**EVENT TYPE:** Chambers Work

**APPEARANCES**

There are no appearances by any party.

The Court, having taken the above-entitled matter under submission on and having fully considered the arguments of all parties, both written and oral, as well as the evidence presented, now rules as follows:

On September 15, 2023, the court conducted a trial de novo in the above-referenced small claims matter after defendant Joseph Liang (Defendant) appealed from the judgment in favor of plaintiff Anthony Ribal (Plaintiff) following the original trial. At the conclusion of the trial de novo, the court took this matter under submission and now rules as set forth below.

Plaintiff brought this action to recover the remediation and restoration costs associated with an alleged leak from a drainpipe for Defendant's unit that ran through a common wall shared by Plaintiff's and Defendant's units. Plaintiff's insurance covered the majority of the costs, but Plaintiff brought this case to recover the amounts insurance did not pay, specifically $2,317.40.

Plaintiff testified and presented documentary evidence showing he hired a leak detection service and contractors to identify the source of the leak causing the water intrusion and damage in his unit and to conduct all repairs associated with the leak. Plaintiff's evidence shows he worked with the homeowner's association in an attempt to address the issue and repeatedly reached out to Defendant to address the situation, but Defendant never responded and therefore never granted access to anyone to examine the condition from Defendant's unit.

No evidence says my drainpipe lea[k]

The court credits Plaintiff's testimony and the other evidence he presented to show the leak was in a drainpipe for Defendant's unit, and that leak caused the damages Plaintiff seeks to recover. Defendant argued Plaintiff had no admissible evidence to show the leak was from Defendant's unit because Plaintiff failed to call as a witness the plumber who identified and repaired the leak. According to Defendant, the leak report and Plaintiff's testimony about what he was told are not admissible. This argument amounts to a hearsay objection. Although hearsay generally is not admissible unless a specific exception applies that is not true in small claims matters. Small claims hearings are conducted informally (see Code Civ.

→ plaintiff never showed evidence that my drainpip leake[d]
Judge David Hesseltine meant to speak for plainti[ff]

Proc. § 116.510) and generally function without the usual rules of evidence. (*Sanderson v. Niemann* (1941) 17 Cal.2d 563; *Houghtaling v. Superior Court* (1993) 17 Cal.App.4th 1128.) Indeed, hearsay evidence is permissible in small claim proceeding, and then it is for the court to determine the weight to assign such evidence. (*Houghtaling v. Superior Court* (1993) 17 Cal.App.4th 1128.) As stated, the court credits Plaintiff's evidence regarding the cause and source of the leak and related damage.

Defendant also argued his unit could not be the source of the leak because his water bills showed his water usage did not change during the period when the leak occurred. According to Defendant, his water bills would have increased if his unit was the source of the leak. As Plaintiff points out, however, the leak was in a drainpipe, not a water line. Accordingly, the leak would not affect Defendant's water usage or bill.

Finally, Defendant sought to argue a crossclaim for the distress this situation and Plaintiff's efforts to contact Defendant have caused. As explained at the hearing, however, Defendant failed to file a crossclaim or a defendant claim in this case. To the extent Defendant sought to assert any claim against Plaintiff in this case, Defendant was required to file and serve the claim on Plaintiff before the hearing. (Code Civ. Proc. § 116.330.) Defendant did not file and serve any claim, and therefore no claim by Defendant is properly before the court.

Based on the foregoing, the court finds Plaintiff is entitled to a judgment against Defendant in the amount requested. The court therefore awards Plaintiff judgment against Defendant in the amount of $2,317.40 plus recoverable court costs of $50.

Court orders clerk's office to give notice.

Plaintiff's and Defendant's Exhibits are forwarded to the Clerk's Office for further processing.

Judge ~~Hesseltine~~ explained that small claims are conducted informally and quoted some other judgements to support what he said. given the hearsay theory can not be accepted in small claim court because of informality. But judge simply ignored the truth was plaintiff did not prove or not have evidence my drainpipe was leaking.

Plaintiff *(list names)*:

**Case Number:**

(3) b. When did this happen? *(Date)*: ____________

If no specific date, give the time period: *Date started:* ____________ *Through:* ____________

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)*

☐ *Check here if you need more space. Attach one sheet of paper or form MC-031 and write "SC-100, Item 3" at the top.*

(4) **You must ask the defendant (in person, in writing, or by phone) to pay you before you sue. If your claim is for possession of property, you must ask the defendant to give you the property. Have you done this?** Plaintiff did not ask me to

☐ Yes ☐ No If no, explain why not: pay him before he sued me. I told the 2 judges, they did not accept this point but did not explain and gave their reasonings on the judgements.

(5) **Why are you filing your claim at this courthouse?**

**This courthouse covers the area** *(check the one that applies)*:

a. ☐ (1) Where the defendant lives or does business.
(2) Where the plaintiff's property was damaged.
(3) Where the plaintiff was injured.
(4) Where a contract (written or spoken) was made, signed, performed, or broken by the defendant *or* where the defendant lived or did business when the defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. (Code Civ. Proc., § 395(b).)

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). (Civ. Code, § 1812.10.)

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. (Civ. Code, § 2984.4.)

e. ☐ Other *(specify)*: ____________

(6) **List the zip code of the place checked in (5) above** *(if you know)*: ____________

(7) **Is your claim about an attorney-client fee dispute?** ☐ Yes ☐ No

*If yes, and if you have had arbitration, fill out form SC-101, attach it to this form, and check here:* ☐

(8) **Are you suing a public entity?** ☐ Yes ☐ No

*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date)*: ____________

*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF ORANGE**
**CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 03/15/2024 TIME: 08:59:00 AM DEPT: C23

JUDICIAL OFFICER PRESIDING: David J. Hesseltine
CLERK: R. Burns
REPORTER/ERM:
BAILIFF/COURT ATTENDANT: D. Muldoon

CASE NO: **30-2023-01312812-SC-SC-CJC** CASE INIT.DATE: 03/17/2023
CASE TITLE: **Ribal vs. Liang**
CASE CATEGORY: Small Claims CASE TYPE: Small Claims

EVENT ID/DOCUMENT ID: 74249692
**EVENT TYPE:** Chambers Work

**APPEARANCES**

There are no appearances by any party.

The Declaration in Support of Motion Re: Disqualification of Judicial Officer Pursuant to *C.C.P. §170.6* filed on behalf of the Defendant on 10-27-23 is a duplicative filing and was already ruled on.

Also, Judge Hesseltine no longer has jurisdiction over this case.

No further challenges will be considered by the court.

Court directed the courtroom clerk to give notice.

On 3/15/2024 the court stated that: Also, Judge Hesseltine No longer has jurisdiction over this case. But he still used his authority which had been removed to make the order on request for order of court (SC-105A) on 03/26/24, He may act as misconducts if not, it was worse than misconduct,

# SC-105A Order on Request for Court Order (Small Claims)

Clerk stamps date here when form is filed.

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

MAR 26 2024

DAVID H. YAMASAKI, Clerk of the Court

BY: ________________, DEPUTY

Clerk fills in court name and street address:

**Superior Court of California, County of**
Orange
Central Justice Center
700 Civic Center Drive West
Santa Ana, Ca 92701

Clerk fills in case number and case name below:

**Case Number:**
30-2023-01312812-SC-SC-CJC

**Case Name:**
Ribal vs. Liang

① The court has received and considered *(check all that apply)*:

☑ *Request for Court Order and Answer*, Form SC-105 (page 1) filed on: 03-05-2024

☐ Answer on *Request for Court Order and Answer*, Form SC-105 (page 2) filed on: ____________

☐ Other *(specify)*: ____________

② **The court makes the following orders:**

a. ☐ The request is granted.

b. ☒ The request is denied.

c. ☐ **You must go to court if you want to be heard.**
A hearing on this request is scheduled as follows:

**Hearing Date** → Date ________ Time ________ Dept. ________

Name and address of court if different from above ____________

~~d. ☐ Bring evidence to the hearing to support your request.~~ This request is duplicative of

~~e. ☐ Other orders *(specify)*:~~ one filed in October 2023. As previously stated the judgment is final and not appealable (CCP § 116.780(a))

f. ☒ Explanation for decision *(if any)*: and the court no longer has jurisdiction to vacate or review the judgment (ERA-Trotter Girouard Assoc. v. Sup. Ct. (1996) 50 Cal. App. 4th 1851, 1856-1857).

Date: 03/26/24

▶ [signature]
*(Judge or Judicial Officer)* Judge David J. Hesseltine

**Need help?**
For free help, contact your county's Small Claims Advisor:

Or, go to "County-Specific Court Information" at:
*www.courtinfo.ca.gov/selfhelp/smallclaims*

— Clerk's Certificate of Mailing —

I certify that I am not involved in this case and *(check one)*:

☐ A Certificate of Mailing is attached.

☐ This *Order* was mailed first class, postage paid, to all parties at the addresses listed in ① and ② on the *Request for Court Order and Answer*.

On *(date)*: ____________

From *(city)*: ____________, California

Clerk, by ____________, Deputy

**Requests for Accommodations** Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response (Form MC-410). Civil Code, § 54.8*

**This is a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
New January 1, 2007, Optional Form
Code of Civil Procedure, §§ 116.130(h); California Rules of Court, rule 3.2107

**Order on Request for Court Order (Small Claims)**

SC-105A, Page 1 of 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Joseph Liang 19 Ericson Aisle Irvine CA 92620 TELEPHONE NO.: 949-2415108 FAX NO. (Optional): E-MAIL ADDRESS (Optional): ATTORNEY FOR (Name): Bar No: | FOR COURT USE ONLY<br>FILED SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE<br>OCT 05 2023<br>DAVID H. YAMASAKI, Clerk of the Court<br>BY:__________, DEPUTY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>JUSTICE CENTER:<br>☑ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045<br>☐ Costa Mesa - 3390 Harbor Blvd., Costa Mesa, CA 92626-1554<br>☐ Harbor - Newport Beach Facility, 4601 Jamboree Rd., Newport Beach, CA 92660<br>☐ Lamoreaux - 341 The City Drive South, Orange, CA 92868-3205<br>☐ North - 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838<br>☐ West - 8141 13th Street, Westminster, CA 92683 | |
| PLAINTIFF/PETITIONER: Anthony Ribal | CASE NUMBER: 30-2023-013128 12 |
| DEFENDANT/RESPONDENT: Joseph Liang | JUDICIAL OFFICER: David J. Hesseltine |
| DECLARATION IN SUPPORT OF MOTION RE DISQUALIFICATION OF JUDICIAL OFFICER PURSUANT TO C.C.P. 170.6 | DEPARTMENT: C23 |

I am ☑ a party ☐ the attorney for a party in the above entitled case and declare that please disqualify the judge, the judicial officer before whom the trial or hearing in this action or special proceeding is pending, or to whom this case is assigned, is prejudiced against the party or the party's attorney, or the interest of the party or party's attorney, such that the declarant cannot, or believes that he/she cannot, have a fair and impartial trial or hearing before the judicial officer.

This judicial officer ☑ has ☐ has not presided over a hearing, motion, or other proceeding in the past in this case.

Pursuant to the provisions of Code of Civil Procedure section 170.6, I request that this case be assigned to another judicial officer for further proceedings.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/5/2023

Joseph Liang
(Type or print name)

[signature]
(Signature of declarant)

Form L-0292
Optional Form
Revised May 1, 2023

DECLARATION IN SUPPORT OF MOTION RE DISQUALIFICATION OF JUDICIAL OFFICER PURSUANT TO C.C.P. 170.6

# SC-105 Request for Court Order and Answer (Small Claims)

Clerk stamps date here when form is filed.

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER
OCT 10 2023
DAVID H. YAMASAKI, Clerk of the Court
BY: ________ DEPUTY

Fill in court name and street address:

Superior Court of California, County of
Orange, Central Justice Center
700 Civic Center Drive West
Santa Ana, CA 92701

Fill in your case number and case name below:

Case Number: 30-2023 01312812

Case Name: Ribal VS. Liang

## Request

This form is used to ask the court to make an order before or after the trial in a small claims case. The court will notify all plaintiffs and defendants in this case about its decision by mail, at the trial, or at a hearing (depending on when the request is filed).

**If you are the person asking the court to make an order,** ask the Small Claims Advisor if this is the right form for the kind of order you want. If so, follow these steps:

- Fill out page 1 of this form and file it at the clerk's office.
- If you are making this request *before* your trial, you must mail (or deliver in person) a copy of this form to all other plaintiffs and defendants in your case. *Exception:* If the plaintiff's claim has not been served, you do not have to serve this request on the other plaintiffs and defendants in your case.
- If you are making this request *after* the judge has decided your case, the clerk will mail a copy of this form to all other plaintiffs and defendants in your case. The court will give the other plaintiffs and defendants at least 10 days to answer this *Request*.

**If you receive this form,** read below, then fill out ⑦–⑩ on page 2.

① **The person asking the court to make an order is:**

Name: Joseph Liang

Address: 19 Ericson Aisle Irvine CA 92620

Check one: ☑ A defendant in this case ☐ A plaintiff in this case
☐ Other *(explain)*:

② **Notice to:** *(List names and addresses of all other defendants and plaintiffs in your case.)*

| | Name | Address |
|---|---|---|
| a. | Anthony Ribal | 11 Ericson Aisle Irvine CA 92620 |
| b. | | |
| c. | | |

☑ *Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-105, Item 2" on top.*

If your request is made before the trial and after the claim was served, fill out below:

I ☐ mailed ☐ delivered in person a copy of this form to everyone listed in ② on *(date)*: ________

③ **I ask the court to make the following order** *(specify)*:

Cancel the Judgement → Supplementory reasoning

☐ *Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-105, Item 3" on top.*

④ **I ask for this order because** *(explain and give facts of your case here)*:

The Judgement may be wrong.

☐ *Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-105, Item 4" on top.*

⑤ In making its order, I ask the court to consider the information on this form, any records on file, and, if the court holds a hearing, the evidence presented at that hearing.

⑥ I declare under penalty of perjury under California state law that the information above and on all attachments is true and correct.

Date: 10/10/2023

Joseph Liang
*Type or print your name*

[signature]
*Sign your name*

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2007, Optional Form
Code of Civil Procedure, §§ 116.130(h); California Rules of Court, rule 3.2107

**Request for Court Order and Answer (Small Claims)**

SC-105, Page 1 of 2 →

This is is not an appeal

# SC-105A Order on Request for Court Order (Small Claims)

Clerk stamps date here when form is filed.

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

OCT 20 2023

DAVID H. YAMASAKI, Clerk of the Court

BY: [signature], DEPUTY

Clerk fills in court name and street address:

Superior Court of California, County of Orange
Central Justice Center
700 Civic Center Drive West
Santa Ana, Ca 92701

Clerk fills in case number and case name below:

**Case Number:** 30-2023-01312812-SC-SC-CJC

**Case Name:** Ribal vs. Liang

(1) The court has received and considered *(check all that apply):*

- [x] *Request for Court Order and Answer,* Form SC-105 (page 1) filed on: 10-5-2023 and 10-10-2023
- [x] Answer on *Request for Court Order and Answer,* Form SC-105 (page 2) filed on: 10-18-2023 to request dated 10-5-2023 and 10-10-2023
- [ ] Other *(specify):*

(2) **The court makes the following orders:**

a. [ ] The request is granted.

b. [x] The request is denied.

c. [ ] **You must go to court if you want to be heard.** A hearing on this request is scheduled as follows:

| Hearing Date | Date | Time | Dept. |
|---|---|---|---|
| | | | |

Name and address of court if different from above

d. [ ] Bring evidence to the hearing to support your request.

~~e. [ ] Other orders (specify):~~ The Superior court judgment on an appeal from the small claims court is final and not appealable. (Code Civ. Proc. § 116.780(a).)

f. [x] Explanation for decision *(if any):* The Superior Court no longer has jurisdiction to vacate or review the judgment. (ERA-Trotter Girouard Assoc. v. Superior Court (1996) 50 Cal. App. 4th 1851, 1856-1857.)

Date: 10/20/23

[signature]
(Judge or Judicial Officer)
Judge David J. Hesseltine

**Need help?**
For free help, contact your county's Small Claims Advisor:

Or, go to "County-Specific Court Information" at: *www.courtinfo.ca.gov/selfhelp/smallclaims*

— Clerk's Certificate of Mailing —

I certify that I am not involved in this case and *(check one):*

- [ ] A Certificate of Mailing is attached.
- [ ] This *Order* was mailed first class, postage paid, to all parties at the addresses listed in (1) and (2) on the *Request for Court Order and Answer.*

On *(date):* ______

From *(city):* ______, California

Clerk, by ______, Deputy

**Requests for Accommodations** Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response (Form MC-410). Civil Code, § 54.8*

**This is a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
New January 1, 2007, Optional Form
Code of Civil Procedure, §§ 116.130(h); California Rules of Court, rule 3.2107

**Order on Request for Court Order (Small Claims)**

SC-105A, Page 1 of 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Joseph Liang 19 Ericson Aisle Irvine CA 92620<br>TELEPHONE NO.: 9496786166 FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): asdsaa@hotmail.com<br>ATTORNEY FOR (Name): Bar No: | FOR COURT USE ONLY<br>**FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>OCT 27 2023<br>DAVID H. YAMASAKI, Clerk of the Court<br>BY: ______ ,DEPUTY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**<br>JUSTICE CENTER:<br>☑ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045<br>☐ Costa Mesa - 3390 Harbor Blvd., Costa Mesa, CA 92626-1554<br>☐ Harbor - Newport Beach Facility, 4601 Jamboree Rd., Newport Beach, CA 92660<br>☐ Lamoreaux - 341 The City Drive South, Orange, CA 92868-3205<br>☐ North - 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838<br>☐ West - 8141 13th Street, Westminster, CA 92683 | |
| PLAINTIFF/PETITIONER: Anthony Ribal | CASE NUMBER: 30-2023-01312812 |
| DEFENDANT/RESPONDENT: Joseph Liang | JUDICIAL OFFICER: David J. Hesseltine |
| **DECLARATION IN SUPPORT OF MOTION RE DISQUALIFICATION OF JUDICIAL OFFICER PURSUANT TO C.C.P. 170.6** | DEPARTMENT: C23 |

I am ☑ a party ☐ the attorney for a party in the above entitled case and declare that ~~[illegible]~~ Judge David J. Hesseltine, the judicial officer before whom the trial or hearing in this action or special proceeding is pending, or to whom this case is assigned, is prejudiced against the party or the party's attorney, or the interest of the party or party's attorney, such that the declarant cannot, or believes that he/she cannot, have a fair and impartial trial or hearing before the judicial officer.

This judicial officer ☑ has ☐ has not presided over a hearing, motion, or other proceeding in the past in this case.

THIS CASE NEEDS a good Judge!!!

Pursuant to the provisions of Code of Civil Procedure section 170.6, I request that this case be assigned to another judicial officer for further proceedings.

We need a Good Judge handles C-105.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/27/2023

Joseph Liang
(Type or print name)

[signature]
(Signature of declarant)

Form L-0292
Optional Form
Revised May 1, 2023

DECLARATION IN SUPPORT OF MOTION RE DISQUALIFICATION OF JUDICIAL OFFICER PURSUANT TO C.C.P. 170.6

Case# 30-2023-01312812-SC-SC-CJC

Another suspicious Strong bias of judge is that I clearly read the portion of the advisory email from the attorney of Community Legal Aid SoCal indicating that the case appealed to the OC superior court. The plaintiff must bring the plumber who actually fixed the problem or look at the issue. Plaintiff has the burden of proof to show that my home was the cause of the leak. Merely presenting a statement from the plumber is not admissible as hearsay.

Plaintiff had not objection and reaction regarding this argument.

Judge not long later just raised something to me—I do not remember what he stated but just remembered that he finally said: So it is hearsay?! with a very sarcastic tongue. It gave me another impression that judge had unpleased feelings after hearing what I quoted the statement from the Legal Aid attorney. Meanwhile I felt the strong bias of the judge toward this case again.

And in the judgement the judge strongly opposed the doctrine of hearsay indicating some reasons against the doctrine of hearsay. He acted as an attorney of the plaintiff. Since the plaintiff had not indicated any argument and objection against what his burden of proof, the judge was supposed to maintain a neutral position to give a fair judgement. Rather the judge took time to find a few exceptions rulings to forcibly apply to this case. It is unthinkable why he acted like this.

The judge pointed out that plaintiff's "other evidence he presented to show the leak was in a drainpipe for defendant's unit." What evidence says the: leak was in a drainpipe for defendant's drainpipe??" **No, not this expression in all pages of plaintiff's statements presented.** Judge's assumption abilities can ruin our legal and judicial systems.

For example, a mam tells a police that he feels some illegal stuff in someone's truck, then the police just arrests that man who has been reported as suspect to put him into jail. Is it our justice system?

I plead your Honorable Higher Presiding Judge can cancel this judgement by Judge David J. Hesseltine and give a fair and lawful judgement.

Thanks

Joseph Liang

✓ My reasonings to claim the compensation from cour

on 5/31/2023 court hearing, temporary judge Melody Mosley let plaintiff Anthony Ribal used very strange pronunciation English to say what he wanted say and as I told the judge I totally did not understand Ribal's English, I could not debate. Judge did not ask Ribal to use normal pronunciation English and just allowed Ribal to keep bullying me. And judge was bullying me too. Ribal prepared a large bunch of documents for me. Judge only gave me about 7 minutes to read. It was not possible to have read so many documents which were all new to me. I told the judge that Ribal never asked me to pay him the so-called damage and sued me. By law, he must ask me to pay first and if I refused, he then could sue me. Judge ignored what I had said and gave her judgement against me without explaining why she ignored my evidence. She just wanted Rebal to win.

## Judge Melody Mosley ignored my Constitution rights and my civil rights of fair judgement by giving her judgement against me.

Judge indicated in her judgement that Ribal presented inspection reports, so he should win. But in the just a few lines of report, the leak detector only indicated that he inspected Ribal's pipe which was no leak and there was no inspection report of Ribal's drainpipe. Ribal's drainpipe could be leaking. They could have found it and intentionally omit to report it. Or why was there not inspection report for Anthony Ribal's drainpipe report? By common sense and basic legal sense, judge Mosley should have noticed and known it. But with her bias on me. She ignored that important point and gave the judgement against me.

Judge said in her judgement that I did not have any inspections done, ~~so I~~ she must give favorable judgement to Ribal. She failed to recognize that plaintiff Ribal sued me. He had the burden of proof to prove and show the evidence that my drain pipe leak. From the beginning to the end of this case. The leak detector and the repairing plumber never said that my drainpipe leaked. And eventually the truth showed that there was no need to enter into my unit to have another job to check my drainpipe. Rival used the trick to mislead the judge and our honorable judge Moley has been entrapped by that young man to violating my constitution right and civil rights. Judge ignored these so important evidences, just gave the unfavorable judgement to me. She has either gross negligence or intention to make me lose in this case.

Judge also ignored my other constitution's right. I claimed to file a counterclaim against plaintiff Ribal. Judge Mosley did not accept it but she did not explain the reason in her judgement. She treated me so unfairly.

As an and should be honorable judge she acted in the court like playing game. Litigants are toys in her eyes.

I thought I could win in the appeal because plaintiff did not ask me to pay before he sued me and I had many supporting evidences that my drainpipe did not leak--no one, no one, but only Ribal said my drainpipe was leaking and my drainpipe was not leaking.

I told the appeal court judge David Hesseltine again that plaintiff Ribal did not ask me to pay his damages and sued me. Ribal did not argue this in court because he truly did not ask me to pay first and went directly the small claim court to sue me. Ribal should have lost in the case only by not asking to pay. But judge did not accept my argument and also did not explain why he did not accept my argument just like the judge Mosley in the small claim court. Both of them seemed working for Ribal. They never listened and accepted true evidence and proof from me. They only listened and accepted Ribal's lies which had totally no proof.

Judge Hesseltine indicated plaintiff's insurance covered the majority of the costs, but he should have known by common sense that insurance had paid did not mean that leakage was from my drainpipe. Ribal had the burden of proof that damages of his belongings were caused directly from the leaking drainpipe of mine. Ribal did not prove this. And in truth he could not prove it because the plumber and leak detector did not find my drainpipe leaked. He failed to serve his burden of proof.

And it was very likely that Ribal's drainpipe leaked. It was very suspicious that there was no report from the leak detector or plumbers to show the results of Ribal's drainpipe. Judge also indicated that HOA tried to contact me to check the drainpipe of my unit but failed. So judge thought that my drainpipe leaked. It is so unbelievable a judge should have that kind of thought. HOA wanted to check my drainpipe just they were mislead by Ribal that drainpipe must be checked from my unit. Actually, the check of my drainpipe was not necessary. It could be checked clearly from the unit of 11 Ericson, Ribal's unit. And after they saw and checked and fixed the leakage, still no one said that my drainpipe was leaking. The leaking drainpipe could be Ribal's if the damages really caused by leakage of the drainpipe.

Judge Hesseltine said in his judgement: The court credits plaintiff's testimony and the other evidence( what evidence?) he presented to show the leak was in a drainpipe for defendant's unit. Judge here was speaking for the plaintiff even in truth the plaintiff did not have the evidence to show the leak was from my drainpipe. And possibly his drainpipe leak. All the leak detector and repairs and plumbers never said the drainpipe leaking was from my home. And Ribal paid them for those jobs. He could ask them what should be said what should not be said.

I told the judge no one said the leakage was from my drainpipe but the judge never wanted to listen. He just wanted me to lose in this case.

OC legal aid center offered me advice to show the judge that plaintiff must bring the repairers or plumbers to testify in court otherwise what the plaintiff presented was hearsay.

The judge rejected this point by saying small claim court was informal so could be handled without following the laws and common sense. Is small claim informal? So the citizens' constitution rights and civil rights should be ignored by a judge?

Judge violated his duty and responsibility to be neutral, fair and of justice to give this abnormal judgement.

I have filed twice the declaration in support of motion re disqualification of judicial officer pursuant to C.C.P. 170.6 to ask for a good judge to replace judge David Hesseltine for reviewing my reasonings in order to make a fair decision of SC 105( which have been filed twice too. But judge David Hesseltine were still handling SC105. He gave his opinions on the SC 105a saying there was no more appeal of this case. But SC 105 is not for appeal. It is to request an order for the case, Judge Hesseltine should have known this but he has done twice trying to mislead me by saying no appeal. He has done twice of the misconduct.

Judge Hesseltine had strong bias against me. When I mentioned i had mental distress by the false accusation in this case, the judge interrupted with very unpleasant tongue saying this was not related to this case and asked me to stop. And after I read the letter from the Community Legal Aid SoCal. The attorney advised that the plaintiff must bring the plumber who actually fixed the problem or looked at the issue to court to testify. Merely presenting a statement from the plumber is not admissible as hearsay. Plaintiff had no argument on this.

But later on the judge mentioned something which I forgot but I remembered that the judge sarcastically said to me: So this is hearsay? He had bias on me and the hearsay doctrine..

I have had so severe mental distress caused by these 2 judges and this unfair judgement and needed to see a psychiatrist each month and take the medication each day but still so depressed and having insomnia every day and nightmares. My mood never got well with so much fear, paranoia and was told they might not be recovered. I have been extremely painful each day, day and night.

It is another unbelievable point in this case. A drainpipe leakage could cause around $30000 damages in Ribal's unit? The $2317.40 Ribal claimed is a deductible.

It has been abnormal that this matter lasted for 7 to 8 months. Normally when a leakage of water is found the owner would ask for repair as soon as possible. And Ribal let the leakage last for many months. Judge should have noticed the abnormality and failed the plaintiff but the 2 judges did not do by their duty and just let me lose in this case. Where are the logic sense and sense of justice of these 2 judges?

**Everybody deserves the justice.** But I have been deprived the rights of normal life by these 2 judges and this case. I have become a chronical patient and my life black and white.

The 2 judges should have safeguarded my justice but they gave me the injustice instead.

The result of this case is a joke and an absurdity.   Plaintiff only talked and talked and the 2
judges strongly believed him to make the hasty judgements.  History will have this case
remaining in it.

The 2 judges making the false judgements
which had made me so mentally harmed
and hurt. I have had severe depression
by this case and the 2 unfair
judges. Can I claim the damage
compensation of my mental distress?
* Medical records seeing my psychiatrist
attached

Name: Joseph Liang | DOB: 3/3/1956 | MRN: 1625620 | PCP: Chih-Ying Nicole Lee, MD | Legal Name: Joseph Liang

## Appointment Details

Notes

## Progress Notes

Rimal B Bera at 1/30/2024 11:00 AM

**Attending Attestation:**

I was present with the resident during critical portions of the history and mental status examination. I discussed the case with the resident and agree with the findings and plan as documented. I provided supervision for supportive and other psychotherapy modalities employed to augment medication management. My additions or revisions are included in the record. A brief summary of the encounter follows.

Joseph presents for routine follow up in outpatient clinic. He endorses no significant changes in his psychiatric symptoms. No suicidal ideation noted. The primary encounter diagnosis was Insomnia, unspecified type. A diagnosis of Persistent depressive disorder was also pertinent to this visit. Medications adjustments as per the resident's note.

Rimal B Bera, MD
Attending Physician

Angela Hu at 1/30/2024 11:00 AM

# UCI Health

**Outpatient Psychiatry**
**Progress Note**

**Identifying Information:**

Joseph Liang is a 65 year old male with past psychiatric history of persistent depressive disorder and cluster A personality traits and medical history of possible MCI, right hand pain, HTN, DMII, BPH who presents for follow up.

**Subjective:**

Interval History:

Adherent with medications, started zyprexa with benefit as below for sleep. No side effects.

Mood/psychosis: PT is pleasant, calm. Continues to endorse depression mostly due to "the judge who did me wrong". Continues with paranoia that judge gave unfair ruling re: neighbor's suing him for not maintaining/repairing pipes. Redirectable to other topics. Continues with somewhat improved hygiene.

Sleep: 12AM to 5-6AM. Middle insomnia 1-2x, but is able to fall asleep reasonably quickly. Overall improved (previously 3-4 hours).

Name: Joseph Liang | DOB: 3/3/1956 | MRN: 1625620 | PCP: Chih-Ying Nicole Lee, MD | Legal Name: Joseph Liang

## Appointment Details

Notes

## Progress Notes

Rimal B Bera at 3/19/2024 9:30 AM

**Attending Attestation:**
I was present with the resident during critical portions of the history and mental status examination. I discussed the case with the resident and agree with the findings and plan as documented. I provided supervision for supportive and other psychotherapy modalities employed to augment medication management. My additions or revisions are included in the record. A brief summary of the encounter follows.

Joseph presents for routine follow up in outpatient clinic. He endorses no significant changes in his psychiatric symptoms. No suicidal ideation noted. The encounter diagnosis was Insomnia, unspecified type. Medications adjustments as per the resident's note.

Rimal B Bera, MD
Attending Physician

Angela Hu at 3/19/2024 9:30 AM

**UCI Health**

**Outpatient Psychiatry**
**Progress Note**

**Identifying Information:**
Joseph Liang is a 65 year old male with past psychiatric history of persistent depressive disorder and cluster A personality traits and medical history of possible MCI, right hand pain, HTN, DMII, BPH who presents for follow up.

**Subjective:**

Interval History:

Adherent with medications, however states some side effects with zyprexa at 7.5mg dose of too much sedation. Reviewed as well today with pt A1C and lipid panels which have been elevated per recent results. Pt reports no change in paranoia on zyprexa, nor from remeron. Notes that on remeron was able to sleep through night, but on zyprexa tends to have a middle of night awakening. Sleep continues to be 7 hours duration and improved.

Mood continues to be low due to "the bad people and things that happen to me". Ongoing suspicions around people trying to hurt him including judges, etc. Notes improvement in mood when interacting with animals such as feeding birds.

Name: Joseph Liang | DOB: 3/3/1956 | MRN: 1625620 | PCP: Chih-Ying Nicole Lee, MD | Legal Name: Joseph Liang

## Appointment Details

Notes

## Progress Notes

Kyoungbin B Im at 8/31/2023 2:30 PM

**Attending Attestation:**

I was present with Dr. Hu during the the key portions of the exam. I participated in the medical decision making and management of the patient. I agree with the findings and plan as documented. I provided supervision for supportive and other psychotherapy modalities employed. My additions or revisions are included in the record as needed.

KyoungBin Im, MD
Attending Physician
Psychiatry and Human Behavior

Angela Hu at 8/31/2023 2:30 PM

**UCI Health**

**Outpatient Psychiatry**
**In-Person Visit**
**Progress Note**

**Identifying Information:**

Joseph Liang is a 65 year old male with past psychiatric history of persistent depressive disorder and cluster A personality traits and medical history of possible MCI, right hand pain, HTN, DMII, BPH who presents for follow up.

**Subjective:**

Interval History:

Mood: Depressed. Pt states depression started 8 years ago. Trigger was mother's passing away on 5/2016. Father had passed away 25 years ago, and now pt is living alone in the house. Pt with some possible paranoia around mother's doctors sending her to hospice in unethical manner and states he has tried to sue them. Pt describes recent lawsuit that is a stressor; his neighbor sued him for plumbing issues, blamed pt.

Sleep: trouble falling asleep, wakes up 2x/night, sleeps only 2-3 hours.
Energy: low

Reports TBI in 3/2023. Had a fall on a bus, +HS, endorsed associated HA & nausea.

Social:
Came to US in 1986 from Taiwan. States the only people he has contact with are his

Name: Joseph Liang | DOB: 3/3/1956 | MRN: 1625620 | PCP: Chih-Ying Nicole Lee, MD | Legal Name: Joseph Liang

## Appointment Details

Notes

## Progress Notes

Kyoungbin B Im at 8/31/2023  2:30 PM

**Attending Attestation:**
I was present with Dr. Hu during the the key portions of the exam.  I participated in the
medical decision making and management of the patient. I agree with the findings and
plan as documented.  I provided supervision for supportive and other psychotherapy
modalities employed. My additions or revisions are included in the record as needed.

KyoungBin Im, MD
Attending Physician
Psychiatry and Human Behavior

Angela Hu at 8/31/2023  2:30 PM

# UCI Health

**Outpatient Psychiatry**
**In-Person Visit**
**Progress Note**

**Identifying Information:**
Joseph Liang is a 65 year old male with past psychiatric history of persistent depressive
disorder and cluster A personality traits and medical history of possible MCI, right hand
pain, HTN, DMII, BPH who presents for follow up.

**Subjective:**

Interval History:

Mood: Depressed. Pt states depression started 8 years ago. Trigger was mother's passing
away on 5/2016. Father had passed away 25 years ago, and now pt is living alone in the
house. Pt with some possible paranoia around mother's doctors sending her to hospice in
unethical manner and states he has tried to sue them. Pt describes recent lawsuit that is a
stressor; his neighbor sued him for plumbing issues, blamed pt.

Sleep: trouble falling asleep, wakes up 2x/night, sleeps only 2-3 hours.
Energy: low

Reports TBI in 3/2023. Had a fall on a bus, +HS, endorsed associated HA & nausea.

Social:
Came to US in 1986 from Taiwan. States the only people he has contact with are his



# Judicial Council *of* California

455 Golden Gate Avenue · San Francisco, California 94102-3688
Telephone 415-865-4200 · Fax 415-865-4205

PATRICIA GUERRERO
*Chief Justice of California*
*Chair of the Judicial Council*

SHELLEY CURRAN
*Administrative Director*

June 25, 2024

Mr. Joseph Liang
19 Ericson Aisle
Irvine, California 92620

Re: Claimant: Joseph Liang
Incident Date(s): June 22, 2023, September 18, 2023, March 26, 2024
Date Presented: May 10, 2024

Dear Mr. Liang:

This is in response to your government claim that you presented to the Superior Court of California, County of Orange (the Superior Court). Your claim has been referred to this office for review and handling.

It appears that the claim concerns several events or occurrences on various dates. To the extent that the claim is based on an event or occurrence before November 10, 2023, it is being returned because it was not presented within the time required by law after your claim accrued. See sections 901 and 911.2 of the Government Code. Because it was not presented within the time allowed by law, no action was taken on that portion of the claim.

A person's only recourse for presenting a late claim (i.e., a claim that was not presented within six months after the event or occurrence) would normally be to apply without delay to the Superior Court for leave to present a late claim. See sections 911.4 to 912.2, inclusive, and section 946.6 of the Government Code. Under some circumstances, leave to present a late claim will be granted. See section 911.6 of the Government Code. Please note, however, that the application for leave to present a late claim not only must state the reason for the delay in presenting the claim but it must be made within a reasonable time not to exceed one year after the accrual of the cause of action. See section 911.4(b) of the Government Code.

To the extent that the claim is based on an event or occurrence on or after November 10, 2023, notice is hereby given that the claim has been rejected. Accordingly, we are required by law to give you the following warning as to the portion of the claim that has been rejected:

**WARNING**

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code section 945.6.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Very truly yours,

Legal Services

Enclosure

Declaration of Joseph Liang
I, Joseph Liang, declare as follows:

I am the Plaintiff in this action. I submit this declaration to describe the psychological and emotional distress I have suffered as a result of the actions of the Judicial Council of California and related judicial proceedings.

Beginning in June 2023, I experienced escalating emotional distress due to unjust treatment in small claims court and subsequent appeal proceedings. The decisions made by the courts lacked basic fairness and caused me to feel powerless and deeply harmed.

As a direct result of this experience, I began suffering from depression, anxiety, persistent emotional distress, and insomnia. My cognitive ability, concentration, and daily functioning have been significantly impaired.

I sought treatment from a licensed psychiatrist who confirmed the impact of these events on my mental health. I continue to experience psychological symptoms that interfere with my daily life, including difficulty sleeping, loss of appetite, and episodes of panic and hopelessness.

Due to the extent of my symptoms, I was unable to timely pursue legal remedies and suffered further emotional harm because of the delays and dismissiveness of the court system.

I affirm that this declaration is true and correct under penalty of perjury under the laws of the State of California.

Dated: [Insert Date] 6/16/2025
Signed: ______________________
Joseph Liang

Judicial Misconduct and Denial of Procedural Due Process

Plaintiff Joseph Liang alleges that in a small claims matter brought by his neighbor, the
presiding judge ignored a fundamental procedural requirement: the plaintiff( the
neighbor) in the previous case had failed to make any demand for payment or attempt
to resolve the matter before filing suit, in direct violation of small claims court
procedures.

I (currently the plaintiff of this case) explicitly informed both the trial court judge and the
superior court appeal judge in the previous case that the plaintiff of the previous
drainpipe leak case, never contacted me prior to filing suit to request compensation for
alleged damages. This failure to demand payment prior to filing the lawsuit is a clear
procedural defect and should have resulted in immediate dismissal of the claim.

Instead of considering this procedural failure, both judges dismissed my argument
without explanation, reasoning, or reference to the applicable legal standard. This
constitutes a blatant denial of due process and equal protection under the law.

The judicial officers' conduct was not simply negligent; it appeared intentional,
retaliatory, and discriminatory. The disregard of a basic procedural requirement — one
that is common knowledge to any judge — suggests a deliberate decision to penalize
me –the Plaintiff in this case.

As a result, the courts issued 2 judgments against me --the Plaintiff in this case, causing
me financial harm and severe psychological distress. Plaintiff has suffered symptoms
including dizziness, anxiety, memory loss, and persistent emotional trauma, which
continue to affect his daily functioning.

The failure of the Judicial Council of California (JCC) to investigate or remedy this
conduct upon Plaintiff's formal complaint further compounds the harm, establishing a
pattern of institutional misconduct and constitutional violations.

Sincerely Yours,

Joseph Liang

Date: 6/16/2025