UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH LIANG,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>CALIFORNIA JUDICIAL COUNCIL,<br><br>    Defendant - Appellee. | No. 25-7547<br><br>D.C. No.<br>8:25-cv-01350-VBF-SK<br>Central District of California,<br>Santa Ana<br><br>ORDER |

Before: FRIEDLAND, R. NELSON, and BADE, Circuit Judges.

Some parties did not consent to proceed before the magistrate judge in the district court. *See Williams v. King*, 875 F.3d 500, 503-04 (9th Cir. 2017) (all parties, including unserved defendants, must consent for jurisdiction to vest with the magistrate judge under 28 U.S.C. § 636(c)(1)). The magistrate judge therefore lacked authority to enter a dispositive order. *See* 28 U.S.C. § 636(b)(1)(A); *In re U.S. Dep't of Educ.*, 25 F.4th 692, 699 (9th Cir. 2022) ("To determine whether a motion is dispositive," and may not be decided by a magistrate judge under § 636(b)(1)(A), "we look to whether the effect of the motion is to deny the ultimate relief sought or foreclose a defense of a party.").

The November 3, 2025 order is vacated. This case is remanded to the district court for further proceedings. *See Allen v. Meyer*, 755 F.3d 866, 869 (9th Cir. 2014) (remanding to the district court where magistrate judge entered judgment

absent consent of the parties); *see also Branch v. Umphenour*, 936 F.3d 994, 1006-07 (9th Cir. 2019).

All pending motions are denied as moot.

**VACATED and REMANDED.**

25-7547