

FILED
CLERK, U.S. DISTRICT COURT

JUN 9 2026

CENTRAL DISTRICT OF CA
Bon

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Joseph Liang,
Plaintiff-Appellant,
v. Case No. 8:25-cv-01350-VBF-SK
Judicial Council of California,
Defendant-Appellee.

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff-Appellant Joseph Liang, proceeding pro se, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Denying Plaintiff's Second Motion to Alter or Amend Judgment and Reinstating Final Judgment, entered by the Honorable Valerie Baker Fairbank, United States District Judge, on May 31, 2026 (Dkt. No. 24), and from the underlying final judgment of dismissal reinstated thereby. This appeal is taken pursuant to 28 U.S.C. § 1291 and Federal Rule of Appellate Procedure 4(a)(1)(A). The Notice of Appeal is timely filed within thirty (30) days of entry of the May 31, 2026 order.

Appellant intends to raise the following issues on appeal, among others:

1. Whether the district court erred in dismissing Appellant's complaint on Eleventh Amendment immunity grounds, where the Judicial Council of California's own written denial letter affirmatively directed Appellant to file suit in court, giving rise to equitable estoppel against assertion of sovereign immunity.

2. Whether the district court abused its discretion in denying Appellant's application to proceed in forma pauperis (IFP) without specifying what evidence was insufficient, what financial standard governed the determination, or what documentation would have satisfied the court's requirements, thereby depriving Appellant of meaningful notice and opportunity to cure.

3. Whether the district court erred in characterizing Appellant's complaint as frivolous or malicious where Appellant raised colorable federal constitutional claims under 42 U.S.C. § 1983 arising from violation of his due process rights.

4. Whether the district court erred in barring all further filings in this case, including any filing of a corrected or amended complaint, without affording Appellant leave to amend.

Appellant respectfully requests that the Ninth Circuit reverse the district court's order, vacate the judgment of dismissal, and remand with instructions to permit Appellant to proceed, including with leave to amend his complaint.

Respectfully submitted,

Date: June __09__, 2026

Joseph Liang, Plaintiff-Appellant, Pro Se
Irvine, California