FILED

26-3872

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

2026 JUN 26  PM 1: 34

**Form 4. Motion and Affidavit for Permission to Proceed in Forma Pauperis**

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

PD

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form04instructions.pdf*

**9th Cir. Case Number(s)** | 8:25-CV-01350-VBF-SK

**Case Name** | Joseph Liang V. Judicial Council of California

**Affidavit in support of motion:** I swear under penalty of perjury that I am financially unable to pay the docket and filing fees for my appeal. I believe my appeal has merit. I swear under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

**Signature** | | **Date** | 6/26/2026

The court may grant a motion to proceed in forma pauperis if you show that you cannot pay the filing fees **and** you have a non-frivolous legal issue on appeal. Please state your issues on appeal. (*attach additional pages if necessary*)

please see attachments

appeal 26-3872

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4** | *1* | *Rev. 12/01/2018*

1. *For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
| --- | --- | --- | --- | --- |
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Self-Employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and Dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child Support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 437 | $ | $ 437 | $ |
| Disability (such as social security, insurance payments) | $ 816 | $ | $ 816 | $ |
| Unemployment Payments | $ 0 | $ | $ | $ |
| Public-Assistance (such as welfare) | $ 0 | $ | $ | $ |
| Other (specify) | $ 0 | $ | $ | $ |
| **TOTAL MONTHLY INCOME:** | $ 1253 | $ | $ 1253 | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4**                                    2                            *Rev. 12/01/2018*

2. *List your employment history for the past two years, most recent employer first.*
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | | Gross Monthly Pay |
|---|---|---|---|---|
| N/A | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |

3. *List your spouse's employment history for the past two years, most recent employer first.*
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | | Gross Monthly Pay |
|---|---|---|---|---|
| N/A | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4**                                3                                *Rev. 12/01/2018*

4. *How much cash do you and your spouse have?*    $ [blank]

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| Chase | checking | $ 98.50 | $ 0 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.*

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
| A Condo | $ 900,000 | No | $ 0 |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| No | | | $ |

| Motor Vehicle 2: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| No | | | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

| Other Assets | Value |
|---|---|
| No | $ |
|  | $ |
|  | $ |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| No | $ | $ |
|  | $ | $ |
|  | $ | $ |

7. *State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.*

| Name | Relationship | Age |
|---|---|---|
| N/A |  |  |
|  |  |  |
|  |  |  |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4**                                                    5                                                    *Rev. 12/01/2018*

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 240 | $ |
| - Are real estate taxes included?  ○ Yes  ● No | HOA fee | |
| - Is property insurance included?  ○ Yes  ● No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 250 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 550 | $ |
| Clothing | $ 250 | $ |
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| - Homeowner's or renter's | $ 0 | $ |
| - Life | $ 0 | $ |
| - Health | $ 0 | $ |
| - Motor Vehicle | $ 0 | $ |
| - Other | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) | | |
| Specify | $ 0 | $ |

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 4**                                        6                                        *Rev. 12/01/2018*

| | | You | Spouse |
|---|---|---|---|
| Installment payments | | | |
|    - Motor Vehicle | | $ 0 | $ |
|    - Credit Card (name) | | $ 0 | $ |
|    - Department Store (name) | | $ 0 | $ |
| Alimony, maintenance, and support paid to others | | $ 0 | $ |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | | $ 0 | $ |
| Other (specify) | | $ 0 | $ |
| | **TOTAL MONTHLY EXPENSES** | $ 1290 | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*  ◌ Yes  ● No

   If Yes, describe on an attached sheet.

10. *Have you spent—or will you be spending—any money for expenses or attorney fees in connection with this lawsuit?*  ◌ Yes  ● No

   If Yes, how much? $ [____]

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

My income from Social Security and disability can only support my minimum, very basic life standard. I can't have extra money to pay for the court fee.

12. *State the city and state of your legal residence.*

City [ Irvine ]  State [ CA ]

Your daytime phone number (ex., 415-355-8000) [ 657-960-7616 ]

Your age [ 70 ]  Your years of schooling [ 18 ]

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4**                    7                    *Rev. 12/01/2018*



JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

April 24, 2026 through May 26, 2026

Account Number:  **000000764957919**

00040695 DRE 703 141 14726 NNNNNNNNNNN T  1 000000000 17 0000

JOSEPH C LIANG
19 ERICSON AISLE
IRVINE CA 92620-5721



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## Please review our overdraft service options at the end of this statement

We've included an overview of our overdraft services and fees that are available for personal checking accounts at the end of this statement.

Please note, the following overdraft services are not available for certain accounts:
- Standard Overdraft Practice and Chase Debit Card Coverage$^{SM}$ are not available for Chase High School Checking$^{SM}$, Chase Secure Checking$^{SM}$ and Chase First Checking$^{SM}$.
- Overdraft Protection is not available for Chase Secure Checking$^{SM}$ and Chase First Checking$^{SM}$.

If you have questions, please visit **chase.com/overdraft** or call us at the number on this statement. We accept operator relay calls.

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $205.99 |
| Deposits and Additions | 1,253.94  *monthly income* |
| ATM & Debit Card Withdrawals | -659.93 |
| Electronic Withdrawals | -701.50 |
| Ending Balance | $98.50 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $205.99 |
| 04/28 | Card Purchase        04/27 Aci*Credit One Bank, 877-825-3242 NV Card 5778 | -159.93 | 46.06 |
| 05/01 | Ssi  Treas 310  Xxsupp Sec        PPD ID: 9101736121 | 816.94 | 863.00 |
| 05/01 | SSA  Treas 310  Xxsoc Sec         PPD ID: 9031736042 | 437.00 | 1,300.00 |
| 05/04 | 05/04 Payment To Chase Card Ending IN 1830 | -100.11 | 1,199.89 |
| 05/04 | 05/04 Payment To Chase Card Ending IN 8650 | -64.42 | 1,135.47 |
| 05/04 | 05/04 Online Payment 29090862184 To Northwood Villas Hoa | -240.00 | 895.47 |
| 05/04 | 05/04 Online Payment 29090871734 To South California Edison | -61.97 | 833.50 |
| 05/04 | 05/04 Online Payment 29090847423 To Irivine Ranch Water District | -80.00 | 753.50 |

Case 8:25-cv-01350-VBF-SK    Document 30    Filed 06/26/26    Page 9 of 11    Page ID
Case 8:25-cv-01350-VBF-SK    Document 25    Filed 05/31/26    Page 3 of 3    Page ID
#:145
#:123

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.    8:25-cv-01350-VBF (SK)                    Date: May 31, 2026
Title       Joseph Liang v. Judicial Council of California

request for a filing-fee waiver and entering judgment of dismissal.  Thus, the magistrate
judge's December 9, 2025 order denying that successive motion is construed as a report
and recommendation and, so construed, the recommendation is adopted in full based
on this court's de novo review.  (Dkt No. 23).  Besides, as explained above, even if
plaintiff were eligible for a filing-fee waiver, his complaint against the Judicial Council
of California is still frivolous or malicious, fails to state a claim on which relief may be
granted, and seeks damages from an immune defendant.

\* \* \*

For all these reasons, final judgment dismissing this action is reinstated and
entered as of the date of this order.  No further filings are permitted in this case, so the
Clerk of the Court is instructed to strike any post-judgment filings with no need for
further court order.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Joseph Liang,
Plaintiff-Appellant,
v. Case No. 8:25-cv-01350-VBF-SK
Judicial Council of California,
Defendant-Appellee.

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff-Appellant Joseph Liang, proceeding pro se, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Denying Plaintiff's Second Motion to Alter or Amend Judgment and Reinstating Final Judgment, entered by the Honorable Valerie Baker Fairbank, United States District Judge, on May 31, 2026 (Dkt. No. 24), and from the underlying final judgment of dismissal reinstated thereby. This appeal is taken pursuant to 28 U.S.C. § 1291 and Federal Rule of Appellate Procedure 4(a)(1)(A). The Notice of Appeal is timely filed within thirty (30) days of entry of the May 31, 2026 order.

Appellant intends to raise the following issues on appeal, among others:

1. Whether the district court erred in dismissing Appellant's complaint on Eleventh Amendment immunity grounds, where the Judicial Council of California's own written denial letter affirmatively directed Appellant to file suit in court, giving rise to equitable estoppel against assertion of sovereign immunity.

2. Whether the district court abused its discretion in denying Appellant's application to proceed in forma pauperis (IFP) without specifying what evidence was insufficient, what financial standard governed the determination, or what documentation would have satisfied the court's requirements, thereby depriving Appellant of meaningful notice and opportunity to cure.

3. Whether the district court erred in characterizing Appellant's complaint as frivolous or malicious where Appellant raised colorable federal constitutional claims under 42 U.S.C. § 1983 arising from violation of his due process rights.

4. Whether the district court erred in barring all further filings in this case, including any filing of a corrected or amended complaint, without affording Appellant leave to amend.

Appellant respectfully requests that the Ninth Circuit reverse the district court's order, vacate the judgment of dismissal, and remand with instructions to permit Appellant to proceed, including with leave to amend his complaint.

Respectfully submitted,

Date: June 09, 2026

Joseph Liang, Plaintiff-Appellant, Pro Se
Irvine, California